East & West Coast Railway, Plaintiff in Error, v. Ellen Cooper Jarratt, et ux., Defendants in Error.

A Writ of Error to a Judgment of the Circuit Court within and for the County of Manatee.

Writ of Error dismissed on motion of counsel for plaintiff in error.

*Chas. T. Curry,* for Plaintiff in Error;

*W. L. Kimball,* for Defendant in Error.

---

Pauline Ballard, Plaintiff in Error, v. D. W. Moran as Sheriff, Defendant in Error.

A Writ of Error to a Judgment of the Circuit Court within and for the County of Dade.

Writ of Error dismissed on motion of counsel for plaintiff in error.

*R. B. Gautier* and *Carson, Pine & Willard,* for Plaintiff in Error;

No appearance for Defendant in Error.